## STATE v. JAMES HENRY.

### *Affirmation of Judgment.*

Where there is no case, and no assignment of error, and no error appears on the record, the judgment will be affirmed.

This was an Indictment for Assault and Battery with a deadly weapon, tried at the Fall Term, 1889, of the Superior Court of CHEROKEE County, before *Clark, J.*

*The Attorney General,* for the State.
No counsel for the defendant.

AVERY, J.: We have carefully examined the record and find no defect of which the Court must, *ex mero motu,* take notice. There is no statement of case on appeal, and no assignment of error. The judgment must therefore be affirmed.                           Affirmed.